IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00689-KG-LF

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC and
WENDE CALVERT,

    Defendant.

## AGREED ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter is before the Court on agreement of the parties upon plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III's ("Plaintiff") Motion for Leave to File First Amended Complaint (the "Motion") [D.E. 33]. The Court having been informed that the parties agree to the form of this Order, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. Plaintiff shall file her First Amended Complaint within three (3) days from entry of this Order.

3. Counsel for defendants Luxury Home Broker ABQ, LLC and Wende Calvert has agreed to accept service on behalf of the newly-added defendant (Brittni Poper d/b/a Oak Tree Designs) and that Ms. Poper will respond to the First Amended Complaint on or before October 6, 2023.

_____
UNITED STATES DISTRICT JUDGE