IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, as personal
Representative for the estate of BLAINE
HARRINGTON III,

      Plaintiff/Counterclaim Defendant,

vs.                                                                                No. 1:22-cv-00689-KG-LF

LUXURY HOME BROKER ABQ, LLC,
WENDE CALVERT, and BRITTNI POPER
d/b/a OAK TREE DESIGNS,

      Defendants/Counterclaim Plaintiffs.

## ORDER

This matter is before the Court on Plaintiff/Counterclaim Defendant Maureen Harrington's Unopposed Motion to Exclude Expert Report and Testimony of Oren Bracha (Motion to Exclude) filed October 8, 2023. (Doc. 39).[1]

Notwithstanding the clear violation of the New Mexico District Court's Local Rules of Civil Procedure, (Local Rules), the Court, exercising its discretion, grants Plaintiff/Counterclaim Defendant's Motion to Exclude.[2]

IT IS, THEREFORE, ORDERED that Plaintiff/Counterclaim Defendant's Motion to Exclude is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] While the Motion to Exclude Expert Report and Testimony is unopposed, Defendant/Counterclaim Plaintiff filed a response pointing out various violations of the Local Rules. *See* (Doc. 40).

[2] Inexplicably, Ms. Harrington's Unopposed Motion to Exclude is 11 pages long and includes over 150 pages of attached exhibits.