IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC, WENDE CALVERT, and BRITTNI POPER d/b/a OAK TREE DESIGNS,

    Defendants.

Case No. 1:22-cv-00689-KG-LF

## STIPULATION DISMISSING DEFENDANTS' COUNTERCLAIMS AND WITHDRAWING AFFIRMATIVE DEFENSES

Plaintiff Maureen Harrington and Defendants Luxury Home Broker ABQ, LLC and, Wende Calvert, by their undersigned counsel, acting pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., stipulate to the dismissal, with prejudice, of Defendants' counterclaims in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort; and to the withdrawal of their first, third, fourth, fifth and sixth affirmative defenses for statute of limitations, unclean hands, willful misconduct, implied license and waiver and estoppel, respectively.

    Respectfully submitted,

    By: /s/ Jeffrey L. Squires
    Jeffrey L. Squires
    SQUIRES LEGAL COUNSEL, LLC
    (NM Bar No. 143015)
    P.O. Box 92845
    Albuquerque, NM 87199
    Telephone: (505) 835-5500
    Email: jsquires@squireslegal.com

    and

By: /s/ Daniel DeSouza
Daniel DeSouza
COPYCAT LEGAL, PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Email: daniel@copycatlegal.com