**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.                                                                                  Case No. 1:22-cv-00689-KG-LF

LUXURY HOME BROKER ABQ, LLC,
WENDE CALVERT, and BRITTNI POPER
d/b/a OAK TREE DESIGNS,

    Defendants.

---

**ORDER APPROVING STIPULATION**

    This Court, having considered the Parties' Stipulation made pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. to Defendants Wende Calvert's and Luxury Home Broker ABQ, LLC's dismissal of their Counterclaims in this matter for declaratory judgment, violation of the New Mexico Unfair Practices Act and *prima facie* tort with prejudice; and to the withdrawal of their first, third, fourth, fifth and sixth affirmative defenses for statute of limitations, unclean hands, willful misconduct, implied license and waiver and estoppel, respectively, and finding good cause for approval of the stipulation, hereby

    ORDERS that Defendants' Counterclaims be and hereby are dismissed with prejudice; and further

    ORDERS that Defendants' first, third, fourth, fifth and sixth affirmative defenses for statute of limitations, unclean hands, willful misconduct, implied license and waiver and estoppel, respectively be and are withdrawn.

    SO ORDERED

_____
UNITED STATES DISTRICT JUDGE