IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00689-KG-LF

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC,
WENDE CALVERT, and BRITTNI POPER
d/b/a OAK TREE DESIGNS,

    Defendants.

### JOINT MOTION TO STAY CASE PENDING OUTCOME OF BLUE SKY SUMMARY JUDGMENT MOTION

Plaintiff Maureen Harrington ("Maureen"), *as personal representative for the estate of* Blaine Harrington III, and defendants Luxury Home Broker ABQ, LLC ("Luxury Home Broker"), Wende Calvert ("Calvert"), and Brittni Poper d/b/a Oak Tree Designs ("Poper") (collectively, the "Parties"), respectfully moves the Court for an order staying this case pending the Court's disposition of the August 12, 2024 motion for summary judgment in Harrington v. Blue Sky Capital, LLC, Case No. 1:22-cv-00534-KG-LF (D.N.M.) (the "Blue Sky Lawsuit"), and states as follows:

1.    As the Court knows, the "Harrington Cases"[1] were each consolidated before the

---

[1] The "Harrington Cases" shall be understood to include the following matters before this Court: Harrington v. Hermosillo & Nunez of New Mexico LLC d/b/a Casa de Cambio La Mondeita (Case No. 1:22-cv-00451) (the "H&N Case"), Harrington v. 360 ABQ, LLC d/b/a 360 Ventures Real Estate (Case No. 1:22-cv-00063) (the "360 ABQ Case"), Harrington v. Blue Sky Capital, LLC (Case No. 1:22-cv-00534) (the "Blue Sky Case"), Harrington v. Luxury Home Broker ABQ, LLC et al (Case No. 1:22-cv-00689) (the "Luxury Home Broker Case"), and Adler Medical, LLC et al v Harrington (1:22-cv-00072) (the "Adler Case").

Court due to the issues in each being substantially similar.

2. Maureen filed her Renewed Motion for Summary Judgement in the Blue Sky Case on August 12, 2024.

3. For the sake of judicial efficiency, it makes an abundance of sense for the Court to stay the remainder of the Harrington Cases and rule on the motion for summary judgement already filed, which is similar to how the Court treated Maureen's motion to disqualify Oren Bracha in this case.

4. The Parties agree that, to the extent a ruling on the motion for summary judgment motion in the Blue Sky Case addresses any issues that are common to this case, such ruling shall apply equally to this case.

5. The requested stay is being made in good faith.

**WHEREFORE**, the Parties respectfully requests that the Court enter an Order granting her unopposed motion to stay this case pending disposition of the summary judgment motion in the Blue Sky Case.

Respectfully submitted on August 13, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>lauren@copycatlegal.com<br><br>*Attorneys for Maureen*<br><br>By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq. | SQUIRES LEGAL COUNSEL, LLC<br>P.O. Box 92845<br>Albuquerque, NM 87199<br>Telephone: (505) 835-5500<br>jsquires@squireslegal.com<br><br>*Attorneys for Defendants*<br><br>By: /s/ Jeffrey L. Squires, Esq._____<br>    Jeffrey L. Squires, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.