IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00689-KG-LF

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC, WENDE CALVERT, and BRITTNI POPER d/b/a OAK TREE DESIGNS,

    Defendants.

### ORDER GRANTING JOINT MOTION TO STAY CASE PENDING OUTCOME OF BLUE SKY SUMMARY JUDGMENT MOTION

**THIS CAUSE** came before the Court upon the Joint Motion to Stay Case Pending Outcome of Blue Sky's *Motion for Partial Summary Judgment*, Doc. 60, filed August 12, 2024, in case No. 22cv534 KG/LF. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. This case is stayed until further direction from the Court.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE