IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC,
WENDE CALVERT, and BRITTNI POPER
d/b/a OAK TREE DESIGNS,

    Defendants.

Case No. 1:22-cv-00689-KG-LF

## UNOPPOSED MOTION TO WITHDRAW

    Jeffrey L. Squires, acting pursuant to D.N.M.LR-civ. 83.8, here gives notice of the withdrawal of his appearance on behalf of Defendants Luxury Home Broker ABQ, LLC, Wende Calvert and Brittni Poper in the above captioned matter. Each of these Defendants has consented to the withdrawal of undersigned counsel, after they retained a new attorney, Darren Heitner, who filed a Notice of Appearance in this matter on September 12, 2024 [Doc. 58].

    I am further authorized to represent that Plaintiff's attorney does not oppose my withdrawal.

    Defendants Wende Calvert and Brittni Poper are natural persons. Luxury Home Broker ABQ, LLC is a business entity, owned by Defendant Calvert. That entity's last known business address and telephone number are c/o Wende Calvert, 28011 Edenderry Ct., Bonita Springs, FL 34135; 505-452-6934.

    Luxury Home Broker ABQ LLC, being a business entity, can appear in this matter only through an attorney, which requirement appears to be satisfied by the entry of appearance of a new attorney on its behalf.

Respectfully submitted,

By: /s/ Jeffrey L. Squires
Jeffrey L. Squires
SQUIRES LEGAL COUNSEL, LLC
(NM Bar No.  143015)
P.O. Box 92845
Albuquerque, NM  87199
Telephone:  (505) 835-5500
Email:  jsquires@squireslegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

Case No. 1:22-cv-00689-KG-LF

LUXURY HOME BROKER ABQ, LLC, WENDE CALVERT, and BRITTNI POPER d/b/a OAK TREE DESIGNS,

    Defendants.

**CERTIFICATE OF SERVICE FOR UNOPPOSED MOTION TO WITHDRAW**

I hereby certify that on this 13th day of September, 2024, a true and correct copy of the foregoing Unopposed Motion to Withdraw was filed and served, along with this Certificate, to the following counsel of record, using the Court's CM/ECF system:

Darren Heitner
Heitner Legal
215 Hendricks Isle
Fort Lauderdale, FL 33301
Telephone: 954-558-699
Email: Darren@heitnrlegal.com
*Attorneys for Defendants*

Daniel DeSouza
Lauren Hausmann
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Email: dan@copycatlegal.com
       lauren@copycatlegal.com
*Attorneys for Plaintiff*

*/s/ Jeffrey L. Squires*