IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-cv-00689-KG-LF

MAUREEN HARRINGTON, as personal representative for the estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

LUXURY HOME BROKER ABQ, LLC, WENDE CALVERT, and BRITTNI POPER d/b/a OAK TREE DESIGNS,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Maureen Harrington, as personal representative for the estate of Blaine Harrington III ("Plaintiff") and defendants Luxury Home Broker ABQ, LLC, Wende Calvert, and Brittni Poper d/b/a Oak Tree Designs ("Defendants") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on September 20, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | HEITNER LEGAL, P.L.L.C.<br>215 Hendricks Isle,<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 558-6999<br>darren@heitnerlegal.com |

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ Daniel DeSouza<br>   Daniel DeSouza, Esq.<br>   Florida Bar No. 19291 | By: /s/ Darren Adam Heitner<br>   Darren Adam Heitner, Esq.<br>   Florida Bar No.: 85956 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza
   Daniel DeSouza, Esq.